**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No.: 09-61091-CIV-Ungaro

JPMORGAN CHASE BANK, N.A.,
a National Banking Association,

       Plaintiff,

   vs.

SKY INVESTMENTS, INC.,
a Florida corporation,

       Defendant.

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiff JPMorgan Chase Bank, N.A. ("Chase"), through its counsel, respectfully submits this Response to Order to Show Cause.

1.    The mediation conference was held with J. Jay Simons on May 27, 2010 according to the Order Scheduling Mediation. (D.E. 19.)

2.    Both parties attended the mediation conference and the parties reached an agreement as to essential terms.  The parties are currently discussing the best way to document the settlement and are working together to finalize additional terms.

3.    According to the Order of Referral to Mediation, the mediator was to file a Mediation Report within five (5) days following the mediation conference.  (D.E. 17 at ¶ 9.)  The mediator did not file the Mediation Report by June 7, 2010.  (See Order to Show Cause.)

4.    Counsel for Plaintiff contacted the mediator and the mediator indicated that he was awaiting the final written settlement agreement prior to filing the Mediation Report as he

believed to be the requirement.  He indicated that he would instead file the Mediation Report contemporaneously or soon thereafter the filing of this Response to Order to Show Cause.

5.      This case should not be dismissed due to the mediator's failure to file the Mediation Report because the parties participated in the mediation conference in full compliance with the Court's Order and the mediator was honestly mistaken regarding the requirements to file the Mediation Report.  Further, the mediator indicates that he intends to file the Mediation Report without further delay.

Dated this 9th day of June 2010.

Respectfully submitted,


/s/ Hema Persad
Donald R. Kirk
Florida Bar # 0105767
Hema A. Persad
Florida Bar # 060578
Fowler White Boggs P.A.
P.O. Box 1438
Tampa, Florida 33601-1438
Telephone: (813) 222-1172
Facsimile: (813) 229-8313
dkirk@fowlerwhite.com
hema.persad@fowlerwhite.com

and

Monica L. Davies (Minnesota #315023)
Troy M. Parrish (Minnesota #386949)
Admitted *pro hac vice*
LEONARD, STREET AND DEINARD
  *Professional Association*
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Telephone: (612) 335-1500
Fax: (612) 335-1657

**ATTORNEYS FOR PLAINTIFF
JPMORGAN CHASE BANK, N.A.**